# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL MILLER,** | ] |
| Plaintiff, | ] |
| v. | ]  CV-08-BE-0717-S |
| **UNITED COLLECTION BUREAU, INC.,** | ] |
| Defendant. | ] |

## FINAL ORDER

The court, having received "Joint Stipulation of Dismissal" (doc. 7), dismisses this action with prejudice, costs taxed as paid.

DONE and ORDERED this 14th day of July 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE